UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: Lee Alexander Bressler*<br><br>CARBON INVESTMENT PARTNERS, LLC, and CARBON MASTER FUND, L.P.,<br><br>       Appellants,<br><br>    -v-<br><br>LEE ALEXANDER BRESSLER,<br><br>       Appellee. | 19 Civ. 7000 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 26, 2019, appellants Carbon Investment Partners, LLC, and Carbon Master Fund, L.P., through counsel, filed a notice of appeal from an order of the U.S. Bankruptcy Court for the Southern District of New York. Dkt. 1. The Federal Rules of Bankruptcy Procedure require that "within 14 days after . . . the appellant's notice of appeal as of right becomes effective," the appellant "must file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented." Fed. R. Bankr. P. 8009(a). Appellants failed to fulfill either of these requirements, and in fact have taken no action or made any filing on the docket of this case in the more than eight months that this case has been open. This appeal is therefore dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                       _____
                       PAUL A. ENGELMAYER
                       United States District Judge

Dated: April 2, 2020
   New York, New York